The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Larwan Badru Bonner
   v. Commonwealth of Virginia
   Record No. 0565-11-2
   Opinion rendered by Judge Humphreys on
   July 23, 2013

2. Joseph A. Wiencko, Jr.
   v. Akemi Takayama
   Record No. 2078-12-4
   Opinion rendered by Judge McCullough on
   July 23, 2013

3. Ceon Maurice Fauntleroy
   v. Commonwealth of Virginia
   Record No. 1084-12-1
   Opinion rendered by Judge Beales on
   July 30, 2013

4. Curtis Trumaine Calloway
   v. Commonwealth of Virginia
   Record No. 0387-12-3
   Opinion rendered by Judge Petty on
   August 6, 2013

5. Demetrie Lamont Watkins
   v. Commonwealth of Virginia
   Record No. 1124-12-1
   Opinion rendered by Judge Alston on
   August 6, 2013

6. Darcella Reed
   v. Commonwealth of Virginia
   Record No. 1280-12-1
   Opinion rendered by Judge Beales on
   August 6, 2013

7. Dwayne A. Farmer
   v. Commonwealth of Virginia
   Record No. 1389-12-1
   Opinion rendered by Judge Beales on
   August 13, 2013

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Damon Phineas Jordan
    v. Commonwealth of Virginia
   Record No. 0307-11-1
    Opinion rendered by Judge Humphreys
     on August 28, 2012
    Judgment of Court of Appeals affirmed by opinion rendered on
     September 12, 2012 (121835)

2. Rohit Patel
    v. Ilaben R. Patel
   Record No. 0875-12-2
    Opinion rendered by Judge Humphreys
     on April 9, 2013
    Dismissed for lack of jurisdiction pursuant to Code § 17.1-410(A)(3) and (B) (130878)